(Official Form 1) (10/05)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Orius Telecommunication Services, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): 65-1061906 | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>829 Park Lamar Drive<br>Villa Ridge, MO<br>ZIPCODE 63089 | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Franklin | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>C/o Orius Corp.<br>1000 Hart Road, Suite 140<br>Barrington, IL<br>ZIPCODE 60010 | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors)
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and provide the information requested below.)

State type of entity: _____

**Nature of Business** (Check all applicable boxes.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Consumer/Non-Business
- [✓] Business

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affliates are less than $2 million.

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [✓] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ✓ | ☐ |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ✓ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Orius Telecommunication Services, Inc. | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
| Location Where Filed: N.D. Illinois | Case Number: 02-45170 | Date Filed: November 15, 2002 |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: See Exhibit 1 | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)   Date |

| Exhibit C | Certification Concerning Debt Counseling by Individual/Joint Debtor(s) |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>☒ No | ☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Case 05-63887    Doc 1    Filed 12/12/05    Entered 12/12/05 13:14:37    Desc Main
Document      Page 3 of 10

| (Official Form 1) (10/05) | | FORM B1, Page 3 |
|---|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Orius Telecommunications Services, Inc. | |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X_____<br>Signature of Debtor<br>X_____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.<br><br>☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X_____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X /s/Timothy W. Brink<br>Signature of Attorney for Debtor(s)<br>Timothy W. Brink<br>Printed Name of Attorney for Debtor(s)<br>Lord, Bissell & Brook, LLP<br>Firm Name      115 S. LaSalle Street<br>Address   Chicago, Illinois 60603<br><br>(312) 443-1832<br>Telephone Number<br>December 12, 2005<br>Date | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.Official Form 19B is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)** | Address<br>_____<br>_____<br>X_____<br>_____<br>Date |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X /s/William A. Shuttleworth<br>Signature of Authorized Individual<br>William A. Shuttleworth<br>Printed Name of Authorized Individual<br>President and CEO<br>Title of Authorized Individual<br>December 12, 2005<br>Date | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORIUS TELECOMMUNICATION SERVICES, INC., | ) ) | Case No. _____ |
| | ) | Honorable _____ |
| Debtor. | ) | |

**EXHIBIT 1 TO VOLUNTARY PETITION - LIST
OF FILING ENTITIES**

Along with the debtor, the following affiliated debtors simultaneously have filed voluntary chapter 11 petitions in the United States Bankruptcy Court for the Northern District of Illinois:

1. CATV Subscriber Services, Inc.
2. Channel Communications, Inc.
3. Copenhagen Utilities & Construction, Inc.
4. Hattech, Inc.
5. LISN Company
6. LISN, Inc.
7. NATG Holdings, LLC
8. Orius Central Office Services, Inc.
9. Orius Corp.
10. Orius Telecom Services, Inc.
11. Orius Telecommunication Services, Inc.
12. Texor, Inc.
13. U.S. Cable, Inc.

## SECRETARY'S CERTIFICATE

I, John W. Starr, Secretary of (A) Orius Corp., a Delaware corporation; (B) Orius Telecom Services, Inc., a Florida corporation, (C) Orius Telecommunication Services, Inc., a Florida corporation, (D) Channel Communications, Inc., a Kansas corporation, (E) U.S. Cable, Inc., a Wisconsin corporation, (F) CATV Subscriber Services, Inc., a North Carolina corporation, (G) Copenhagen Utilities & Construction, Inc., an Oregon corporation, (H) Orius Central Office Services, Inc., a Florida corporation, (I) Hattech, Inc., a Florida corporation, (J) LISN, Inc., an Ohio corporation, (K) LISN Company, an Ohio corporation, and (L) Texor, Inc., a Virginia corporation (each, a "Company" and collectively, the "Companies"), DO HEREBY CERTIFY that attached hereto is a true and correct copy of the resolutions adopted by the Board of Directors (the "Board") of the Companies, at a meeting held on December 9, 2005, at which meeting a quorum of the Board was present and validly acting throughout (the "Resolutions"). The Resolutions are in full force and effect as of the date hereof.

I have hereunto set my hand this 9th day of December, 2005.

_____
John W. Starr

CH11 1112209v1

# PROPOSED RESOLUTIONS FOR THE SPECIAL MEETING
## CHAPTER 11 FILING

### December 9, 2005

The following resolutions are proposed to be adopted at a combined special meeting of the Boards of Directors of (A) Orius Corp., a Delaware corporation; (B) Orius Telecom Services, Inc., a Florida corporation, (C) Orius Telecommunication Services, Inc., a Florida corporation, (D) Channel Communications, Inc., a Kansas corporation, (E) U.S. Cable, Inc., a Wisconsin corporation, (F) CATV Subscriber Services, Inc., a North Carolina corporation, (G) Copenhagen Utilities & Construction, Inc., an Oregon corporation, (H) Orius Central Office Services, Inc., a Florida corporation, (I) Hattech, Inc., a Florida corporation, (J) LISN, Inc., an Ohio corporation, (K) LISN Company, an Ohio corporation and (L) Texor, Inc., a Virginia corporation (each, a "Company" and collectively, the "Companies"):

> **WHEREAS**, the undersigned have considered the financial and operational aspects of the Companies' business, and has determined that it is desirable and in the best interests of the Companies' creditors, stockholders, and other interested parties that the Companies file petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") seeking the bankruptcy protections and relief provided therein;

> **NOW, THEREFORE, IT IS HEREBY RESOLVED** that William A. Shuttleworth, John W. Starr, Gary F. Berger, or any other person or persons so designated by the Board (collectively, the "Authorized Signatories," and each an "Authorized Signatory") be, and each of them hereby is, authorized and directed on behalf of the Companies to execute and verify a petition in the name of the Companies under chapter 11 of the Bankruptcy Code (the "Petition") and to cause the Petition to be filed in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Bankruptcy Court"), in such form and at such time as the Authorized Signatory executing the Petition on behalf of the Companies shall determine;

> **FURTHER RESOLVED** that the Authorized Signatories or any one of them be, and each of them hereby is, authorized to (i) take, or cause to be taken, any and all action, (ii) execute and file, or cause to be executed and filed, any and all documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, (iii) employ and retain all assistance by legal counsel, accountants, and other professionals, as in their judgment shall be necessary, appropriate, or advisable in connection with the Chapter 11 cases (the "Chapter 11 Cases") resulting from the filing of the Petition;

> **FURTHER RESOLVED** that the law firm of Lord, Bissell & Brook LLP be, and hereby is, employed and retained as counsel to the Companies in the Chapter 11 Cases;

**FURTHER RESOLVED** that Conway Del Genio Greis & Co., be, and hereby is, employed and retained as the financial advisors to the Companies in the Chapter 11 Cases;

**FURTHER RESOLVED** that all acts lawfully done or actions lawfully taken by any Authorized Signatory or any officers of the Companies to seek relief under chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Cases, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Companies;

**FURTHER RESOLVED** that, in addition to the specific authorizations heretofore conferred upon the Authorized Signatories, the Authorized Signatories of the Companies be, and each of them, with full authority to act without the others, hereby is, authorized, in the name and on behalf of the Companies, to (i) take, or cause to be taken, any and all further action, (ii) execute and deliver, or cause to be executed and delivered, any and all further agreements, consents, resolutions, certificates, documents, and other papers, (iii) incur all further fees and expenses, as in their judgment shall be necessary, appropriate, or advisable to effectuate fully the purpose and intent of any and all of the foregoing resolutions, and (iv) take all actions necessary and appropriate to conduct the Chapter 11 Cases, subject to direction from the Companies' Board of Directors; and

**FURTHER RESOLVED** that any and all actions taken by the Authorized Signatories or other officers of the Companies prior to the date first set forth above with respect to any of the matters contemplated by the foregoing resolutions are hereby adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Companies.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORIUS TELECOMMUNICATION | ) | Case No. _____ |
| SERVICES, INC., | ) | |
| | ) | Honorable _____ |
| Debtor. | ) | |

**CORPORATE DISCLOSURE STATEMENT OF
ORIUS TELECOMMUNICATION SERVICES, INC.**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 7007-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Northern District of Illinois, Orius Telecommunication Services, Inc., the debtor and debtor in possession herein (the "Company"), hereby discloses the following publicly-held parent corporations and publicly-held companies that directly or indirectly own, control, or hold, with power to vote, ten percent (10%) or more of the outstanding voting securities of the Company:_____None_____

In addition, the following corporation(s) directly or indirectly own ten percent (10%) or more of any class of the Company's equity interests: <u>Orius Telecom Services, Inc.</u>

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Corporate Disclosure Statement of Orius Telecommunication Services, Inc. and that it is true and correct to the best of my knowledge, information and belief.

Date  December 12, 2005          Signature  /s/William A. Shuttleworth
                                           William A. Shuttleworth
                                           President

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORIUS TELECOMMUNICATION SERVICES, INC., | ) ) | Case No. _____ |
| | ) | Honorable _____ |
| | ) | |
| Debtors. | ) | |

**VERIFICATION OF CREDITOR MATRIX**

Number of Creditors: 2312

The above-named debtor hereby verifies that the list of creditors filed herein is true and correct to the best of its knowledge.

Date <u>December 12, 2005</u>     Signature <u>/s/ William A. Shuttleworth</u>
                                              William A. Shuttleworth
                                              President

1